```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
                     SOUTHERN DIVISION
```

DALLAS HACKWORTH,

      Petitioner,

                                Case No. 08-11059

v

                                DISTRICT JUDGE ARTHUR J. TARNOW

THOMAS BELL,

                                MAG. JUDGE PAUL J. KOMIVES

      Respondent.

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

     Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #15] filed February 11, 2009.  The Magistrate Judge recommends that this Court deny petitioner's application for the writ of habeas corpus and his motion for release from custody.  No objections were filed.

     Having reviewed the file and the Report and Recommendation the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court.  Accordingly, petitioner's application for the writ of habeas corpus and his motion for release from custody are **DENIED.**

                                          s/Arthur J. Tarnow
                                          Arthur J. Tarnow
                                          United States District Judge

Dated:  March 5, 2009

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 5, 2009, by electronic and/or ordinary mail.

                                            s/Catherine A. Pickles
                                          Judicial Secretary